# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO.:

KEVIN L. WOLDT,

vs.

MONTY'S DOWNSTAIRS, LTD. D/B/A
MONTY'S ON THE BEACH AND RAW BAR,

_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, KEVIN L. WOLDT, through counsel, sues Defendant, MONTY'S DOWNSTAIRS, LTD. d/b/a MONTY'S ON THE BEACH AND RAW BAR, and alleges the following:

1. This is an action for damages and equitable relief within the jurisdiction of this court.

2. Plaintiff resides in Florida and is a past employee of Defendant.

3. Defendant, MONTY'S DOWNSTAIRS, LTD., is a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of restaurant operations, and at all times material hereto was the "Employer" of the Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4. In justifiable reliance upon Defendant's representations and promises, Plaintiff accepted employment and began working for Defendant as a server.

5. During part of Plaintiff's employment (specifically from about 3/10/08 through about 8/23/09), Plaintiff accrued approximately $1,227.19 in damages. See Exhibit "A."

6. Despite Plaintiff's continued demand for payment, Defendant has knowingly and willfully refused to tender payment and to date Defendant has failed to pay Plaintiff the legally owed wages.

7. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

8. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")

9. Plaintiff reavers and realleges Paragraphs 1-8 herein.

10. Plaintiff alleges this action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) time-and-a-half overtime pay, and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

11. Plaintiff seeks recovery of the unpaid overtime and liquidated damages, interests, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment in his favor and against Defendant, plus costs and reasonable attorneys' fees, and such other remedy as the Court deems just and appropriate.

        Respectfully submitted,

        Loren Law Group
        Attorneys for Plaintiff
        320 South State Road 7
        Suite 300
        Plantation, FL 33317
        (954)585-4878

        _____
        JAMES M. LOREN, Esquire
        Fla Bar No.: 0055409